# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Kevin Louis Camel
Cox, Cox & Filo
723 Broad St.
Lake Charles LA 70601

**REHEARING ACTION: June 20, 2012**

**Docket Number: 11   01335-WCA**

**LINZIE MORSE**
**VERSUS**
**BIG TEX TRAILERS**

**Appealed from Office of Workers' Compensation - # 3 Case No. 10-07915**

<u>**BEFORE JUDGES**</u>:

   Hon. John D. Saunders
   Hon. Oswald A. Decuir
   Hon. Marc T. Amy
   Hon. Elizabeth A. Pickett
   Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing and request for en banc rehearing filed by **Linzie Morse** has this day

been

   **DENIED.**
   Saunders, J., would grant rehearing and en banc request.

cc: Matthew Robert Richards, Counsel for the Appellant